JODI LINKER
Federal Public Defender
Northern District of California
JEROME MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:    Jerome_Matthews@fd.org

Counsel for Defendant Council

FILED

Mar 21 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARRAL COUNCIL,<br><br>Defendant. | Case No.: CR 20-0192 HSG [DMR]<br><br>**ORDER RELEASING DEFENDANT FROM CUSTODY** |

Good cause appearing therefor, IT IS ORDERED that the United States Marshal release Sharral Council from custody forthwith. Upon release, Ms Council shall immediately go to her sister's residence at 467 Gateway Drive, Unit 159, Pacifica, California. Ms Council shall continue to comply with the existing conditions of her supervised release.

Dated: March 21, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

_____
HON. DONNA M. RYU
United States Magistrate Judge